UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In Re: § §
§ Case No. 04-44682
Elizabeth Anne Rohr §
§
Debtor § (Chapter 7)

NOTICE OF DEPOSIT OF DIVIDENDS TO THE COURT REGISTRY
UPON THE EXPIRATION OF 90 DAYS PAST CHECKS CUT DATE

COMES NOW Michelle H. Chow, Trustee, and files this Notice of Deposit of Dividends to the Court Registry Upon the Expiration of 90 Days Past Checks Cut Date.

1. An Order was entered approving the Trustee's Final Report on March 10, 2009.

2. Checks were processed and mailed to appropriate creditors on March 12, 2009.

3. Due to several creditors returning checks, the Trustee filed a motion to redistribute funds. The Order Granting Trustee's Motion for Redistribution of Funds was granted on July 31, 2009. Checks were processed and mailed to appropriate creditors on August 11, 2009.

4. Check #1033 in the amount of $17.54 was issued on August 11, 2009 for:

   Pembina Nation Little Shell Band of North America
   Claim #25
   Amount allowed: $2,500.00
   Amount of redistribution check #1033 $17.54

4. Check #1033 was never cashed and not returned to the Trustee's office. Various attempts to locate the creditor include resending a check #1041, telephone directory assistance, and an internet search to contact the creditor. The Trustee has been unable to contact this creditor for a current address.

5. Pursuant to Bankruptcy Rule §347, the Trustee has stopped payment on check #1033 and replacement check #1041, and will remit the amount of $17.54 into the Court registry upon expiration of 90 days past the check cut date.

6. The Trustee hereby gives notice of deposit of check number #1042, dated December 8, 2009 in the amount of $17.54 to the court registry for this claim.

Respectfully Submitted,

/s/Michelle H. Chow

Michelle H. Chow, Trustee
5401 N. Central Expressway Suite 218
Dallas, TX 75205
214-521-6627 p 214-320-2966 f
CHAPTER 7 TRUSTEE

CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing pleading has been served via first class mail, postage prepaid, on all parties listed on the attached service list on December 8, 2009.
C:\TCMSwin\docman\ROHR, ELIZABETH ANNE [04-44682]\Notice of Deposit 90 days.wpd

/s/Michelle H. Chow
Michelle H. Chow

```
Label Matrix for local noticing            Elizabeth A.  Rohr #128952                Mark I. Agee
0540-4                                      a/k/a Elizabeth Anne: family of Rohr     Mark Ian Agee, Attorney at Law
Case 04-44682                              A-444 Denton County Jail                  5401 North Central Expressway
Eastern District of Texas                  127 North Woodrow Lane                    Suite 220
Sherman                                    Denton, TX 76205-6398                     Dallas, TX 75205-3347
Tue Dec  8 09:22:18 CST 2009

Attorney for Creditor Mark A Burroughs     Elizabeth Banda                           Bank of America
1100 Dallas Drive Ste 100                  Perdue, Brandon, Fielder, Collins & Mott  Trophy Club Drive
Denton, Texas 76205-5121                   4025 Woodland Park Blvd., Suite 300       Trophy Club TX 76262
                                           PO Box 13430
                                           Arlington, TX 76094-0430


Bank of America, N.A.                      George Bray                               Bray & Freeman, LP
P. O. Box 26012                            Bray & Freeman, LP                        George Bray & Associates
NC4-102-03-14                              PO Box 123991                             PO Box 123991
Greensboro, NC 27420-6012                  Fort Worth, TX 76121-3991                 Ft. Worth, TX 76121-3991


C.E. & Jana Bear                           Carl Miller                               Michelle Chow
c/o Roy A. Davis, Atny.                    677 PR 3447                               5207 McKinney Ave., No.17
310 N. Main Ste. C                         Paradise, TX  76073                       Dallas, TX 75205-3355
Keller,  TX 76248-7426


Michelle Chow                              Cindy Cawthon                             Cindy Cawthon
5401 N. Central Expressway Suite 218       5901 Crandall Hills Drive                 5919 Crandall Hills Drive
Dallas, TX 75205-3378                      Crandall TX 75114-4010                    Crandall TX 75114



City of Roanoke                            Colvin& Petrocchi, LLP                    Craig R. Saunders
c/o Perdue, Brandon, Fielder, et al.       801 Cherry Street , Unit 35               c/o Mark J. Petrocchi
Elizabeth Banda                            Fort Worth TX 76102-6884                  Griffith, Jay & Michel, LLP
PO BOX 13430                                                                         2200 Forest Park Blvd.
Arlington, TX 76094-0430                                                             Fort Worth, TX 76110-1732

Dallas County                              Michael W. Deeds                          Denton County
c/o Linebarger Goggan Blair & Sampson      Linebarger, Heard, Goggan, Blair et al    co Michael Reed
2323 Bryan Street, Suite 1600              2323 Bryan St Ste 1600                    P O Box 26990
Dallas, TX 75201-2637                      Dallas, TX 75201-2644                     Austin, TX 78755-0990

Denton County                              Diane Arnette                             Dolly Vinsant Hospital
c/o Michael Reed                           4508 Colleyville Blvd                     c/o Minga Meza, Collections Specialist
P O Box 1269                               Colleyville TX 76034-3966                 Po Box 42
Round Rock, TX 78680-1269                                                            San Benito, TX 78586-0001


Dolly Vinsant Mem Hospital                 Durand & Associates, P.C.                 Mark B. French
PO Box 42                                  522 Edmonds Lane, Ste 101                 1901 Central Drive
San Benito, TX 78586-0001                  Lewisville, TX 75067-3622                 Suite 704
                                                                                     Bedford, TX 76021-5857



Gary Grubb                                 Brad Griffin                              H. L. & Pam Walsh
PO Box 311                                 PO Box 1486                               2454 County Road 3250
Boyd TX 76023-0311                         Roanoke, TX 76262-1486                    Paradise, TX 76073-2508
```

```
Barbara E. Hargis                   Jonathan Heise                        IRS
Harris, Finley & Bogle              PO Box 834                            DOJ/ Tax Division
777 Main Street                     Boyd, TX 76023-0834                   717 N. Harwood Street
Suite 3600                                                                Suite 400
Fort Worth, TX 76102-5341                                                 Dallas, TX 75201-6506


(p)INTERNAL REVENUE SERVICE         Johnny Vinson                         Johnny Vinson
CENTRALIZED INSOLVENCY OPERATIONS   777 Taylor St Ste IID                 777 Taylor St Ste lID
PO BOX 21126                        Fort Worth TX 76102-4919              Fort Worth TX 76102-4919
PHILADELPHIA PA 19114-0326


Lisa L. Lambert                     Sheldon Levy                          Mark J. Petrocchi
Office of the US Trustee            6320 Southwest Blvd., Ste. 203        801 Cherry Street, Unit 35
110 N. College Ave                  Ft. Worth, TX 76109-6961              Fort Worth TX 76102-6884
Suite 300
Dallas, TX 75702-7231


Matthew Niemiera                    Melva V Rohr                          Miles Stables LLC
M&M Lonestar Rehabilitation, Inc.   6991 TR 555                           Audrey Miles Managing Member
PO Box 634                          Holmesville, OH 44633                 6723 Hwy. 81
Justin, TX 76247-0634                                                     Platteville, WI 53818-9669


Glen Hobart Miller                  Mrs. M. V. Rohr (mother)              R. Kirk Newsom
Department of Justice               6991 Township Rd 555                  5949 Sherry Lane, Suite 600
717 North Harwood, Suite 400        Holmesville OH 44633-9757             Dallas, TX 75225-8002
Dallas, TX 75201-6598


Northwest ISD                       Northwest ISD                         Timothy W. O'Neal
c/o Perdue, Brandon, Fielder, et al. c/o Linebarger Goggan Blair & Sampson Office of the U.S. Trustee
Elizabeth Banda                     Michael W. Deeds                      110 N. College Ave., Ste. 300
PO BOX 13430                        2323 Bryan Street, Suite 1600         Tyler, TX 75702-7231
Arlington, TX 76094-0430            Dallas, Texas 75201-2637


Office of the U.S. Trustee          Pam & Joe Walsh                       Pembina Nation Little Shell Bank
110 N. College, Suite 300           2454 County Rd.   3250                of North America
Tyler, TX 75702-7231                Paradise, TX 76073-2508               PO Box 99
                                                                          Lawton, ND 58345-0099


Mark J Petrocchi                    Phoenix Dragon Enterprises Family Limited Pa  R. Craig Saunders, M.D.
Griffith, Jay & Michel, LLP         P.O. Box 292                          1200 N. Bridgeton Lane
2200 Forest Park Blvd.              Roanoke, TX 76262-0292                Roanoke, TX 76262-4904
Fort Worth, TX 76110-1732


Ralph Craig Saunders                (p)MICHAEL REED OR LEE GORDON         Elizabeth A. Rohr
1200 N. Bridgeton Lane              PO BOX 1269                           a/k/a Elizabeth-Anne: family of Rohr
Roanoke TX 76262-4904               ROUND ROCK TX 78680-1269              P.O. Box 292
                                                                          Roanoke, TX 76262-0292


Elizabeth Ann Rohr                  Elizabeth-Anne Rohr                   Melva Rohr
TDCJ #1368617                       c/o                                   6991 Township Road 555
Woodman State Jail                  520 Apollo Drive                      Holmesville, OH 44633-9757
1210 Coryell City Rd                Denton, TX 76209-8002
Gatesville, TX 76528-2913
```

| | | |
|---|---|---|
| Elizabeth A. Rohr #1368617<br>The Woodman State Jail<br>1210 Coryell City Road<br>Gatesville, TX 76528-2913 | Ronald L. Ellison<br>4336 St. Hy 11<br>Winnsboro, TX 75494 | Davor Rukavina<br>3800 Lincoln Plaza<br>500 North Akard Street<br>Dallas, TX 75201-3302 |
| Brandon Lee Saunders<br>c/o Marsha Sark, Notary<br>PO Box 77925<br>Fort Worh, TX 76177-0925 | Tarrant County<br>c/o Linebarger Goggan Blair & Sampson<br>2323 Bryan St., Ste. 1600<br>Dallas, TX 75201-2637 | Tony's Seed & Feed, Inc.<br>Attn: Beth<br>PO Box 693<br>Muenster, TX 76252-0693 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr PC<br>500 N. Akard St., Ste. 3800<br>Dallas, TX 75201-6659 |
| Raymond J. Urbanik<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 North Akard Street<br>Dallas, TX 75201-3302 | Eloise Vinson<br>c/o Barbara Hargis<br>Harris, Finley & Bogle, P.C.<br>777 Main Street, Suite 3600<br>Fort Worth, TX 76102-5341 | Johnny H, Vinson<br>c/o Barbara Hargis<br>Harris, Finley & Bogle, P.C.<br>777 Main Street, Suite 3600<br>Fort Worth, TX 76102-5341 |
| Johnny (Bud) Vinson II<br>c/o Barbara Hargis<br>Harris, Finley & Bogle, P.C.<br>777 Main Street, Ste 3600<br>Fort Worth, TX 76102-5341 | Virginia D. Wilcox<br>c/o Collier Equipment Co.<br>8193 Friendsville Rd.<br>Wooster, Oh 44691-9606 | H. L. Walsh<br>2524 CR 3250<br>Paradise, TX 76073 |
| Pam Walsh<br>2524 CR 3250<br>Paradise, TX 76073 | Wanda Williams<br>418 Winterhaven Lane<br>Brownsville, TX 78526-9534 | Wise CAD<br>c/o Linebarger Goggan Blair & Sampson<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2637 |
| Wise CAD<br>c/o Linebarger Goggan Blair & Sampson<br>Michael W. Deeds<br>2323 Bryan Street, Suite 1600<br>Dallas, Texas 75201-2637 | Wise County<br>c/o Linebarger Goggan Blair & Sampson<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2637 | Wise County<br>C/o Linebarger Goggan Blair & Sampson<br>Michael W. Deeds<br>2323 Bryan Street, Suite 1600<br>Dallas, Texas 75201-2637 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Michael Reed<br>McCreary, Veselka, Bragg, & Allen, PC<br>P. O. Box 1269<br>Round Rock, TX 78680 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America | (d)City of Roanoke<br>c/o Perdue, Brandon, Fielder, et al<br>Elizabeth Banda<br>PO BOX 13430<br>Arlington, TX 76094-0430 | (u)Ebby Halliday Real Estate, Inc. |
| (u)Ebby Halliday Realtors | (u)Jeanne Henderson | (d)Johnny Vinson<br>777 Taylor St. Ste IID<br>Fort Worth TX 76102-4919 |
| (d)Johnny Vinson<br>777 Taylor St. Ste lID<br>Fort Worth TX 76102-4919 | (d)Carl Miller<br>677 PR 3447<br>Paradise, TX 76073 | (d)Pam & Joe Walsh<br>2454 County Rd. 3250<br>Paradise, TX 76073-2508 |
| (u)Rich Resser | (u)Craig Saunders | (u)Spectra Land, L.P. |
| (u)United States Marshal Service | (d)Wanda Williams<br>418 Winterhaven Ln.<br>Brownsville, TX 78526-9534 | End of Label Matrix<br>Mailable recipients 80<br>Bypassed recipients 14<br>Total 94 |